RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

August 22, 2025

Snohomish County Superior Court
3000 Rockefeller Ave. M/S 502
Everett, wa 98201

RE: *Lerner v. Charter Indemnity Company*
Case #2:25–cv–01527–TL

Dear Clerk:

Please find enclosed the certified copy of Judge Tana Lin's *Order Remanding Case to State Court* in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*:  25–2–05825–31

*Assigned to Judge*:_____

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Tajma Eaton,
*Deputy Clerk*

Enclosures